June 22, 1970

No. 1522. Adams et al. v. City of Colorado Springs et al. Appeal from D. C. Colo. Judgment affirmed.

No. 1356. Gorun et al. v. Montana. Appeal from Sup. Ct. Mont. dismissed for want of a substantial federal question.

No. 1537. Southern Railway Co. v. City of Harrodsburg. Appeal from Ct. App. Ky. dismissed for want of a substantial federal question. Mr. Justice Douglas took no part in the consideration or decision of this case.

No. 1588. Burnett v. Camden, Administratrix. Appeal from Sup. Ct. Ind. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1379, Misc. Khabiri v. Coleman, Judge. Appeal from Sup. Ct. App. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1730, Misc. Taylor v. California. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction and petition for certiorari denied.